1728. ALDRED *v.* TOMPKINS.

HILL, C. J. The controlling issues in this case are questions of fact. The verdict is fully supported by the evidence and is clearly right under the law. The trial was free from any material error, and no reason appears why the verdict should be disturbed. The judgment refusing another trial is therefore          *Affirmed.*

Complaint, from city court of Sandersville—Judge Jordan. January 11, 1909.

Argued April 14,—Decided October 5, 1909.

*W. E. Armistead, Evans & Evans*, for plaintiff in error.
*Hardwick, Wright & Hyman*, contra.